United States District Court
Southern District of Texas
**ENTERED**
June 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-11-593 |
| | § | CIVIL ACTION NO. H-16-1895 |
| | § | |
| NELSON CASTRO CASTILLO, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO RESPOND

The defendant has moved under 28 USC § 2255 to vacate his sentence. The United States must answer the motion by **September 2, 2016.**

SIGNED on June 30, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge